127 A.3d 698

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. AL–SHARIF SCRIVEN, DEFENDANT–RESPONDENT.

October 22, 2015.

It is ORDERED that the motion for leave to appeal is granted.

127 A.3d 698

PATRICIA MYSKA AND KATHERINE WAGNER, PLAINTIFFS–MOVANTS, AND JOHN B. TODISCO AND DAX MORALES, PLAINTIFFS, v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY, DEFENDANT–RESPONDENT, AND PALISADES INSURANCE COMPANY AND MID–ATLANTIC INSURANCE COMPANY OF NEW JERSEY, DEFENDANTS.

———

AND ANOTHER RELATED CASE

December 15, 2015.

It is ORDERED that the motion for leave to appeal is granted, in part, limited to the trial court's denial of class certification under the circumstances presented.